IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIAM SUCCAR<br>  Plaintiff,<br><br>v.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC. and WAL-MART STORES EAST, LP<br>  Defendants. | CIVIL ACTION<br><br>NO. 5:19-cv-01273-JLS<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41

Plaintiff, Mariam Succar, and Defendant, Walmart Inc. f/k/a Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, (collectively referred to as "the Parties"), by and through the Parties' respective undersigned counsel, hereby stipulate and agree that the above-captioned matter should be hereby DISMISSED WITH PREJUDICE AND WITHOUT FEES OR COSTS pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

SO STIPULATED.

Respectfully submitted,

McDONNELL & ASSOCIATES, P.C

By: _____
Gwyneth R. Williams, Esquire
*Attorneys for Defendants*

Dated: 7/29/19

KITAY LAW OFFICES

By: _____
William Mansour, Esquire
*Attorneys for Plaintiff*

Dated: 06-13-19